**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6011

MARCUS E. ADAMS,

Plaintiff - Appellant,

v.

THE CITY OF NORFOLK; ROBERT FORD (ret), officially and individually; BRENT JOHNSON, officially and individually; PHIL EVANS, officially and individually; T. C. WILLIAMS, officially and individually,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Elizabeth W. Hanes, District Judge. (2:22-cv-00024-EWH-RJK)

Submitted: May 30, 2024                                    Decided: June 4, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marcus E. Adams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Adams appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Adams v. City of Norfolk*, No. 2:22-cv-00024-EWH-RJK (E.D. Va. Nov. 30, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*